John L. McALISTER,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43093.

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Robert L. Fleming, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from denial of post-conviction relief sought pursuant to a Rule 24.035 motion.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Billy Jay PALMER, Appellant.

No. WD 43097.

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from conviction upon jury trial of receiving stolen property, § 570.080, RSMo 1986.

Affirmed. Rule 30.25(b).